IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRYL HARDIN
formerly Chryl Stinchcomb                                              PLAINTIFF

    v.                Case No. 04-5058

CONTINENTAL CASUALTY COMPANY
and CNA GROUP LIFE ASSURANCE COMPANY                                   DEFENDANTS

## J U D G M E N T

On October 25, 2005, the Court issued a **Memorandum Opinion and Order (Doc. 13)**, finding that plaintiff was entitled to an award of disability benefits for the period from July 7, 2002, through July 7, 2004. The Court directed the parties to submit a written stipulation calculating the total award due plaintiff and stated that it would consider awarding a reasonable attorney's fee and costs to plaintiff, upon submission of a supported application for such, under 29 U.S.C. § 1132(g).

On December 9, 2005, the parties filed a **Stipulation of Parties to Agreed Amounts to be Paid in Full Satisfaction of Judgment for Plaintiff (Doc. 17)**. Pursuant to the parties stipulation, plaintiff is hereby awarded $35,408.40 in disability benefits, $1,770.42 in prejudgment interest, and $7,000.00 in attorney's fees. The total judgment of $44,178.82 shall bear interest at the rate of 4.35% from the date of entry of this order until paid.

IT IS SO ORDERED AND ADJUDGED this 14th day of December 2005.

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE